**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: S.D.M. (A.K.A. S.R.M) : No. 96 MM 2022
:
:
PETITION OF: S.D.M. :
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of March, 2023, the Application for Exercise of Extraordinary Jurisdiction is **DENIED**.

    Justice Wecht files a concurring statement.